U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 1 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **ADRIAN LAMAR COOK**<br>**LA. DOC #496971** | **CIVIL ACTION NO. 5:15-cv-0227** |
| **VS.** | **SECTION P** |
| | **JUDGE TOM STAGG** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record;

**IT IS ORDERED**  that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _ 17 _ day of _____, 2015.

**TOM STAGG**
**UNITED STATES DISTRICT JUDGE**